UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| TAWFIK ABDO SALEH AHMED, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> ALEJANDRO MAYORKAS, et al., <br><br> Defendants. | Case No.: 2:22-cv-07031-PA-AS <br><br> **ORDER OF DISMISSAL** |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE, with each party to bear its own costs, expenses, and fees. The Clerk is directed to close the file.

SO ORDERED this

11th day of May, 2023

_____
PERCY ANDERSON
United States District Judge

1